```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

MID ATLANTIC BLENDED         )
PRODUCTS, INC.,              )
                             )
          Plaintiff,         )
                             )
     v.                      )     CIVIL NO. 1:05CV00571
                             )
MONOTECH INTERNATIONAL, INC.;)
and JEFFREY SHANKMAN,        )
                             )
          Defendants.        )


<u>O R D E R</u>

BULLOCK, District Judge

On May 9, 2006, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Thereafter, within the time limitation prescribed by Section 636, Defendant Jeffrey Shankman filed objections to the Recommendation.

The court has reviewed Shankman's objections <u>de</u> <u>novo</u> and finds that they do not change the substance of the United States Magistrate Judge's Recommendation. The court will therefore accept the Magistrate Judge's Recommendation.

NOW, THEREFORE, IT IS ORDERED that the Magistrate Judge's Recommendation is **AFFIRMED**, Plaintiff's motion to amend its

complaint is **GRANTED**, and Defendant Jeffrey Shankman's motion to dismiss the claims against him are **DENIED**.

_____
United States District Judge

June 19, 2006